# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**VANESSA NAZARIO LOIS,**
Plaintiffs,

**CIVIL NO. 05-1243(DRD)**

v.

**RAMALLO BROS. PRINTING, INC., et als.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date:** 06/29/05<br>**Filed:** 06/30/05<br>[X] **Plff**       [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>**(Docket No. 11)** | **GRANTED**. Plaintiff in the instant case filed a notice of voluntary dismissal. It also requests that said dismissal be with prejudice. The Court hereby **GRANTS** plaintiff's request and **DISMISSES WITH PREJUDICE** all claims against defendant in the instant case pursuant to Fed.R.Civ.P. 41(a)(2). Each party shall bear its own costs and expenses.<br><br>Judgment will be issued accordingly. |

**Date**:   June 30, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**